**STATE of Missouri, Respondent,**

v.

**Joe F. FULLER, Appellant.**

**Joe F. FULLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49522, WD 50844.**

Missouri Court of Appeals,
Western District.

April 30, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 2, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Rosemary E. Percival, Assistant Appellant Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before HANNA, P.J., FENNER, C.J., and ELLIS, J.

## *ORDER*

PER CURIAM:

*Joe F. Fuller appeals his conviction by a jury of burglary in the second degree, § 569.170, RSMo 1994, and the subsequent denial, after an evidentiary hearing, of his Rule 29.15 motion for post-conviction relief. Discerning no jurisprudential value in publishing an opinion, we issue this summary order. However, the parties have been provided a memorandum explaining the basis for our decision.*

*The judgment of conviction and the order denying the Rule 29.15 motion for post-conviction relief are affirmed. Rules 30.25(b) and 84.16(b).*